UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT MACHEL, YOLANDA SANTILLAN, NASRULLAH MOHAMEDALI, and RANDALL PAINTER, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO.:   4:16-CV-3095 |
| | ) | |
| Plaintiffs, | ) | Judge Benita Y. Pearson |
| | ) | |
| v. | ) | |
| | ) | |
| ONTEL PRODUCTS CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**Stipluation of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii)**

1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Robert Machel, Yolanda Santillan, Nasrullah Mohamedali, and Randall Painter (collectively, "Plaintiffs") and Defendant Ontel Products Corporation ("Defendant") hereby stipulate to the dismissal with prejudice as to all of Plaintiffs' individual claims and without prejudice as to any putative class claims, with each party to bear its own costs and attorneys' fees.

2.     The issue of class certification has not been raised before this Court. By this Stipulation and [Proposed] Order of Dismissal ("Stipulation"), Plaintiffs have agreed to resolve all of their claims against Defendant in this action by voluntarily dismissing with prejudice their individual claims alleged in the instant putative action. By this Stipulation, Plaintiffs and Defendant have also agreed to jointly request a voluntary dismissal without prejudice of the individual claims of absent members of the putative class in the instant action.

3.      Plaintiffs, Defendant, and their respective counsel have conducted sufficient investigation to enable each party to determine that it is in its respective best interests to enter into this Stipulation.

NOW, THEREFORE, Plaintiffs and Defendant agree as follows:

1.  To dismiss Plaintiffs' claims with prejudice and the individual claims of the putative class without prejudice; and

2.  Each side will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

**Stipulated on August 25, 2017 by:**

/s/ Daniel O. Herrera (per email consent)
Daniel R. Karon (#0069394)
Beau D. Hallowell (#0080704)
**KARON LLC**
700 West St. Clair Ave., Suite 200
Cleveland, OH 44113
Phone: 216.999.7576
Fax: 216.241.8175
Email: dkaron@karonllc.com
        bhollowell@karonllc.com

Bryan L. Clobes
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
1101 Market Street
Philadelphia, PA 19107
Phone: (215) 864-2800
Facsimile: (215) 864-2810
Email: bclobes@caffertyclobes.com

Daniel O. Herrera
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
150 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606

/s/ Michael J. Zbiegien, Jr.
Ronald D. Holman, II (#0036776)
rholman@taftlaw.com
Michael J. Zbiegien, Jr. (#0078352)
mzbiegien@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
(216) 241-2838 (telephone)
(216) 241-3707 (facsimile)

*Counsel for Defendant Ontel Products Corp.*

Telephone: (312) 782-4880
Facsimile: (312) 782-7785
Email: dherrera@caffertyclobes.com

*Counsel for Plaintiffs and the Class*